**United States District Court**
For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5
6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9

JAMES MAZZAMUTO,                                    No. C 10-02851 WHA

10
               Plaintiff,

11
        v.                                          **ORDER TO SHOW CAUSE**
                                                    **AND VACATING HEARING**
12
WACHOVIA, NDEX WEST, LLC, and
13      DOES 1 to 10, inclusive,

14             Defendants.
                                          /
15

16              On July 29, 2010, defendant Wachovia Mortgage (sued herein as "Wachovia"), a division

17      of Wells Fargo Bank, N.A., re-noticed its motion to dismiss and motion to strike for a hearing on

18      September 23 (Dkt. No. 12).  Under the civil local rules, plaintiff James Mazzamuto, who is

19      represented by counsel, was required to file an opposition brief (or a statement of non-opposition)

20      to the pending motions by September 2.  It is now September 3, and no opposition brief (or

21      statement of non-opposition) has been filed.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by

22      **NOON ON FRIDAY, SEPTEMBER 10**, why this action should not be dismissed for failure to

23      prosecute or why defendant's motion to dismiss should not be treated as unopposed and granted.

24      The hearing on these motions is **VACATED**.

25
26          **IT IS SO ORDERED.**

27
28      Dated:  September 3, 2010.                    _____
                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE