United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MAZZAMUTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA MORTGAGE, NDEX WEST, LLC, and DOES 1 to 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-02851 WHA<br><br>**ORDER FOR PLAINTIFF'S COUNSEL JONATHAN FRIED AND PLAINTIFF JAMES MAZZAMUTO TO APPEAR AT HEARING ON NOVEMBER 18, 2010** |

　　　　Jonathan Fried, attorney for plaintiff, is **ORDERED TO APPEAR** at the hearing for defendant Wachovia Mortgage's motion for attorney's fees at **8:00 A.M. ON NOVEMBER 18, 2010**. In addition, Attorney Fried is **ORDERED** to explain why he has not responded to any of the filings by the defendants and the Court, including an order to show cause (Dkt. No. 14), and explain why he should not be referred to the California State Bar for investigation for failing to represent his client. Attorney Fried is admonished that an award for attorney's fees may be granted in defendant Wachovia's favor and against him *personally*. Lastly, Attorney Fried is to immediately serve this order upon his client and instruct him to appear at the hearing, which appearance is **HEREBY ORDERED** for **NOVEMBER 18, 2010, AT 8:00 A.M.**

　　　　**IT IS SO ORDERED.**

Dated: October 29, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE